UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
U.S. Court House
Independence Mall West
601 Market Street
Philadelphia, PA 19106-1797
267-299-7431

February 2, 2021

**NOTICE OF TELEPHONE CONFERENCE CHANGE OF DATE**:

RE:   HENRY v NATIONAL FOOTBALL LEAGUE
      C.A. No. 20-4165

Counsel,

Please be advised that the telephone conference scheduled for February 11, 2021 is rescheduled for March 11, 2021 at 10:30 AM. Call in details will follow via e-mail.

s/Joseph B. Walton
_____
Joseph B. Walton
Civil Deputy to Judge Brody

**COPIES SENT VIA ECF**