UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| KEVIN HENRY and NAJEH DAVENPORT, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs<br><br>　　　v.<br><br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:20-cv-4165-AB |

## NOTICE OF APPEAL

Plaintiffs Kevin Henry and Najeh Davenport hereby give notice of their appeal to the U.S. Court of Appeals for the Third Circuit of the Court's Order of March 8, 2021 (ECF 40), which grants Defendants' Motion to Dismiss Plaintiffs' Complaint and is a final order dismissing the case.

Dated: March 8, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　___/s/  Cyril V. Smith_____
　　　　　　　　　　　　　　　　　　　　Cyril V. Smith
　　　　　　　　　　　　　　　　　　　　Zuckerman Spaeder LLP
　　　　　　　　　　　　　　　　　　　　100 E. Pratt Street, Suite 2440
　　　　　　　　　　　　　　　　　　　　Baltimore, MD  21202
　　　　　　　　　　　　　　　　　　　　(410) 332-0444
　　　　　　　　　　　　　　　　　　　　csmith@zuckerman.com

　　　　　　　　　　　　　　　　　　　　Aitan D. Goelman
　　　　　　　　　　　　　　　　　　　　Ezra B. Marcus
　　　　　　　　　　　　　　　　　　　　Zuckerman Spaeder LLP
　　　　　　　　　　　　　　　　　　　　1800 M Street, 10th Floor
　　　　　　　　　　　　　　　　　　　　Washington, DC 20036

(202) 778-1800
agoelman@zuckerman.com
emarcus@zuckerman.com

/s/ *Edward S. Stone*
Edward S. Stone
Edward Stone Law P.C.
300 Park Avenue, 12th Floor
New York, NY  10022
(203) 504-8425
eddie@edwardstonelaw.com

/s/ *J.R. Wyatt*
J.R. Wyatt
JR Wyatt Law PLLC
49 West 37th Street, 7th Floor
New York, New York 10018
(215) 557-2776
justin@jrwyattlaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court on the eighth day of March, 2021, to be served by operation of the Court's electronic filing system which sent notification of such filing via electronic mail to all counsel of record.

Dated: March 8, 2021                               */s/ Ezra B. Marcus* _ ____
                                                                    Ezra B. Marcus